UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Eduardo LOPEZ Jr., ) <br> ) <br> Defendant. ) <br> _____ ) | Magistrate Case No. 21MJ0806 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1001 <br> False Statement to a Federal Officer |

The undersigned complainant being duly sworn states:

On or about February 28, 2021, within the Southern District of California, Defendant, Eduardo LOPEZ Jr., did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the United States Customs and Border Protection, a department and agency of the executive branch of the Government of the United States, to wit: while speaking with a Customs and Border Protection Officer at the San Ysidro, California Port of Entry, he stated he was driving to downtown San Diego to work for Doordash delivering food for the day. The statement and representation were false because, as Eduardo LOPEZ Jr. then and there well knew, he agreed to transport money from Chula Vista, California to Tijuana, Mexico for $1,500 that day. All in violation of Title 18, United States Code, Section 1001.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of March 2021.

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On February 28, 2021, at approximately 8:11 A.M., Eduardo LOPEZ Jr. (Defendant) applied for admission into the United States from Mexico via the San Ysidro, California Port of Entry. Defendant was as the driver and sole visible occupant of a 2020 Chevrolet Equinox bearing temporary California license plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant gave a negative Customs declaration and stated he was going to San Diego, California. The CBP Officer referred the driver and vehicle to secondary for further inspection.

In secondary, CBP Officers discovered a male and female concealed under a blanket in the cargo area of the vehicle. Officers assisted the two adults out of the vehicle. These persons were later identified and found to be citizens of Mexico with no entitlements to enter, reside or pass through the United States.

Defendant was advised of his Miranda rights and elected to give a statement to CBP Officers. Defendant stated he was renting the vehicle he was driving today but intended to purchase it. Defendant stated he was traveling to downtown San Diego, California to work for Doordash food delivery for the day. Defendant stated this morning he decided to take his vehicle to have a Global Positioning System (GPS) installed at a radio shop located near a Calimax in Zona Rio in Tijuana, Mexico. Defendant stated he wanted to have a GPS installed to track his vehicle while staying in Tijuana, Mexico. Defendant stated he searched and found a radio shop that installed GPS systems. Defendant denied knowing he was transporting two undocumented persons in the rear cargo area of the vehicle he was driving.

Defendant gave the CBP officers consent to search his Apple Iphone XR where a text message conversation on the application Facebook Messenger was discovered showing Defendant accepting to transport money from United States to Mexico today. Defendant was offered partial payment of $500 with the condition he would allow others to install a GPS in his vehicle for them to track his whereabouts. Facebook Messenger messages show Defendant agreed to transport $9,000 (USD) from Chula Vista, California to Tijuana, Mexico for a payment of $1,500 USD. Further messages show the Defendant was instructed to meet in the Zona Rio shopping center in Tijuana to have the GPS installed.

1